IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCOS A. CASTILLO TALAVERA                                                     PLAINTIFF

           v.                    Civil No. 07- 5122

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; and IMMIGRATION
AND CUSTOMS ENFORCEMENT (ICE)                                                   DEFENDANTS

## ORDER

Pending before the court are the following motions filed by the plaintiff: (1) a motion for order directing the United States Marshal Service (USMS) to transport the plaintiff (Doc. 5); (2) an amended motion directing the USMS to furnish transportation (Doc. 6); and (3) a motion for transport to the Asylum Office of the Bureau of Citizenship and Immigration Services (Doc. 7).

In the first motion (Doc. 5) he seeks transportation to the Office of the U.S. Citizenship and Immigration Services in Fort Smith, Arkansas, for biometrics collection in connection with his application for asylum. He indicates he has already missed one scheduled appointment because of his incarceration in the Benton County Detention Center.

In his amended motion (Doc. 6), plaintiff indicates he has now been notified that his appointment has been rescheduled to any Wednesday before 3 p.m. He therefore asks that he be transported to Fort Smith for the biometrics collection.

In his third motion (Doc. 7), plaintiff notes the biometrics collection consists of fingerprints and photographs. Plaintiff also indicates he has been scheduled for an interview at the U.S. Citizenship and Immigration Services Office in Memphis, Tennessee, on September 13th, and asks for transportation to that interview.

The motions (Doc. 5, Doc. 6, and Doc. 7) are denied. The court has verified with the Fort Smith Office of the U.S. Citizenship and Immigration Services that there is no need for plaintiff to be transported to Fort Smith for biometrics collection at this time. Further, the court has been advised that his asylum application will be adjudicated upon his release from the detention center. *See Letters attached as Exhibit A*.

Moreover, for the reasons discussed in a report and recommendation issued this same day, the court finds no basis of federal court jurisdiction currently exists over this case. There is no grounds therefore on which to order the plaintiff transported to another state for an interview.

IT IS SO ORDERED this 19th day of September 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE